Gerald Robinson, Plaintiff-Respondent,
against
Timothy K. Rock and Rock Consulting LLC, Defendants-Appellants.



Defendants appeal from a judgment of the Civil Court of the City of New York, New York County (Adam Silvera, J.), entered March 29, 2017, after a nonjury trial, in favor of plaintiff and awarding him damages in the principal amount of $25,000.




Per Curiam.
Judgment (Adam Silvera, J.), entered March 29, 2017, affirmed, without costs.
Upon our review of the record developed at the bench trial, and giving due deference to the court's finding that plaintiff testified "credibly [and] consistently," and that the individual defendant's testimony was "not credible," we find no basis to substitute our judgment for that of the trial court in awarding plaintiff a refund of the $25,000 consulting fee that he previously paid to defendant. A fair interpretation of the evidence supports the court's express finding that defendant "failed to establish that he did any work under the agreement and failed to provide the court any reports or plans, or executive summaries" he purportedly prepared pursuant to the agreement. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 28, 2018